February 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VALENTINA RAMIREZ, Appellant

NO. 14-15-00022-CV             V.

KATHRYN AUMAN, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on October 10, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.